Tyler Clandie - K19763
(Name)
480 Alta Road
(Address)
San Diego, California
(City, State, Zip)
# K-19763 C12-126
(CDCR / Booking / BOP No.)

**FILED**

Dec 01 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____s/ shellyy_____ DEPUTY

# United States District Court
## Southern District of California

Tyler Clandie ,
(Enter full name of plaintiff in this action.)

                     Plaintiff,

v.

B. Gomez ,
Lopez ,
E. Rodriguez ,
_____,
(Enter full name of each defendant in this action.)
                     Defendant(s).

Civil Case No. **'22CV1906 DMS DEB**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

(Jury Trial Demanded)

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Tyler Clandie
(print Plaintiff's name)
_____, who presently resides at 480 Alta Road (Donovan Prison),
(mailing address or place of confinement)
8th Amendment_____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at Donovan Correctional
Facility_____ on (dates) 9-16-21 , _____, and _____.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **B. Gomez** (name) resides in **San Diego, California** (County of residence),
and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Violated plantiffs 8th Amendment cruel and unusual, punishment, favortism, racial discrimination and abuse of Authority.**

Defendant **Lopez** (name) resides in **San Diego, California** (County of residence),
and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Violated plantiffs 8th Amendment cruel and unusual, punishment, favortism, racial discrimination and Abuse of Authority.**

Defendant **E. Rodriguez** (name) resides in **San Diego, California** (County of residence),
and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Violated plantiffs 8th Amendment cruel and unusual punishment, favortism, racial discrimination and abuse of Authority.**

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

§ 1983 SD Form
(Rev. 8/15)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8th Amendment

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Allegations (1) On September 16, 2021 Plantiff Tyler Clandie contends that Officers: B. Gomez Lopez E. Rodriguez violated his 8th Amendment cruel and unusual punishment, Abuse of Authority And racial discrimination And favortism.

Allegations (2) Plantiff Tyler Clandie contends from: June 1, 2018 To: November 1, 2022, Plantiff (which) works as A 3rd Watch Porter in C12 Building of Donovan Correctional Facility. Performs Cleaning the entire building which consist of: Trash detail, Sweeping, mopping, cleaning the showers.

Allegations (3) Plantiff contends he has performed job Assignment which requires 4 people; Plantiff contends that Due to cruel and unusual punishment Officers: B. Gomez Lopez And E. Rodriguez showed favortism And abuse of Authority, while Plantiff performed All work Duties Without ANY Assistance of other workers, which is An on-going problem for Plantiff As A 3rd Watch Porter in C12 building from: June 1, 2018 To: November 19, 2022.

(Supporting Facts Continued)

Allegations (4) Plantiff Contends Racial Discrimination And on-going favortism from: June 1, 2018 To: November 19, 2018 by: Officer: B. Gomez 2nd Watch Officer of C12 building Of: Donovan Correctional Facility

Allegations (5) Plantiff Contends Officer: B. Gomez shows favortism to the Hispanic/Mexican inmates while Discriminating against plantiff who is African American, plantiff Contends the Mexican 3rd Watch porters Do Not Clean the building, therefore plantiff, has to perform the entire job assignment without any help, which is a job Assignment for 4 to 5 people.

Allegations (6) Plantiff Contends that his pay of: $20.00 per Month for job Assignment As A 3rd Watch Porter, Plantiff Contends that he has Not recieved month pay from: June 1, 2018 To: November 19, 2022.

Allegations (7) Plantiff Contends that he is owed for 5 years of back-pay, Plantiff Continues to perform work details Although he has Not recieved pay and has had to endure harsh treatment, of racism, discrimination and favortism

Page ___ of ___

Allegations (8) Plantiff Contends he is owed $1,000 for back-pay: from: June 1, 2018 To: November 19, 2022. Plantiff Contends That Due to the cruel and unusual punishment that he has endured over a 5 year period that he would like to be compensated for: 1) punitive damages 2) Monetary damages 3) Compensatory damages.

Allegations (9) Plantiff Contends that he would like to be Compensated for the said amount of: $250,000 for violation of his 8th Amendment. Plantiff Contends that everything he has stated on the 1983 Civil Complaint is the truth and facts of everything Plantiff had to endure.

Allegations (10) Plantiff Contends that he would like for this to be placed in officers' files and that All said officers' would be reprammanded, for: violation of 8th Amendment, racial discrimination, favortism, Abuse of Authority. The said officers': B.Gomez  Lopez  E.Rodriguez

2. Are you currently employed? ☑ Yes  ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _I recieve $20.00 per Month As A 3rd Watch Porter however I have Not Recieved my pay for over 5 years ect._

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes  ☑ No
   b. Rent payments, royalties interest or dividends    ☐ Yes  ☑ No
   c. Pensions, annuities or life insurance             ☐ Yes  ☑ No
   d. Disability or workers compensation                ☐ Yes  ☑ No
   e. Social Security, disability or other welfare      ☐ Yes  ☑ No
   e. Gifts or inheritances                             ☐ Yes  ☑ No
   f. Spousal or child support                          ☐ Yes  ☑ No
   g. Any other sources                                 ☐ Yes  ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____

4. Do you have any checking account(s)?  ☐ Yes  ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☑ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☑ No
   If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. **N/A**

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): **N/A**

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): **N/A**

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_11-20-2022_  
DATE

_Mr Claude Tyler_  
SIGNATURE OF APPLICANT

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _N/A_
Defendants: _N/A_

(b) Name of the court and docket number: _N/A_

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _N/A_

(d) Issues raised: _N/A_

(e) Approximate date case was filed: _N/A_
(f) Approximate date of disposition: _N/A_

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

_$250,000.00 Plantiff 602 Appeal WAS granted from Sacramento, California, Plantiff has exhausted all administrative relief ect._

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

   B. Gomez

   E. Rodriguez

   Lopez

   *To be compensated for the Sum of: $250,000.*

2. Damages in the sum of $ $250,000

3. Punitive damages in the sum of $ $250,000

4. Other: Plantiff has Not Recieved pay for job Assignment 3rd Watch Porter from: June 1, 2018 To: November 19, 2022.

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

11-20-2022
Date

*Mr Claudep Tyler*
Signature of Plaintiff

Tyler Clandie #K-19763-C12-111
Donovan Correctional Facility
480 Alta Road
San Diego, California
92179

ATTN: Clerk of the U.S. District Court
333 West Broadway, Suite 420
San Diego, California
92101

California Department of
Corrections and Rehabilitation

- Legal Mail -

